UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00025 |
| ) | JUDGE SHARP |
| DAVID MARK LINEBERRY ) | |
| DELAINA THOMPSON ) | |

### **O R D E R**

A final pretrial conference in this matter is hereby scheduled for Friday, September 6, 2013, at 1:00 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE