AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

DAVID MARK LINEBERRY

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:12-00025

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Kevin H. Sharp_
Signature of Judge

KEVIN H. SHARP     U.S. DISTRICT
Name of Judge     Title of Judge

9/18/2013
Date